STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.          (SBN 113755)
BARRY SULLIVAN, ESQ.             (SBN 136571)
RICHARD LOVICH, ESQ.             (SBN 113472)
KARLENE J. ROGERS-ABERMAN, ESQ. (SBN 237883)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiffs
DOCTORS MEDICAL CENTER OF MODESTO a California non-profit corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DOCTORS MEDICAL CENTER OF MODESTO, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXCEL MANAGEMENT, INC., a Canadian Corporation; MAXIMUS, INC., a New York corporation and DOES 1-25, INCLUSIVE.<br><br>Defendants. | Case No.: 1:08-CV-01231-OWW-DLB<br><br>ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>Hon. Oliver W. Wanger |
|---|---|

///
///
///

- 1 -   **ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

1  Based upon the stipulation of the parties and for good cause shown,

2  **IT IS HEREBY ORDERED** that Plaintiff DOCTORS MEDICAL

3  CENTER OF MODESTO's claims against Defendant GLOBAL EXCEL

4  MANAGEMENT, INC., are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: **May 6, 2010**              **/s/ Oliver W. Wanger**
                          UNITED STATES DISTRICT JUDGE

- 2 -   **ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**