UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL EXCEL MANAGEMENT, INC., and MAXIMUMS, INC. <br><br> Defendants. | 1:08-CV-01231 OWW DLB <br><br> **ORDER DISMISSING ACTION** |

Pursuant to the [43] notice of voluntary dismissal filed pursuant to FRCvP 41 and the [51] order on joint stipulation of dismissal with prejudice,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **August 2, 2010**                           **/s/ Oliver W. Wanger**
                                                                      UNITED STATES DISTRICT JUDGE

1